UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | Case No. 3:13-cr-00056-1 |
| ) | |
| Christopher Andrew Wilcox ) | |

### O R D E R

On May 9, 2013 the defendant appeared for an initial appearance on an indictment. The defendant appeared after his arrest in the Southern District of Florida, Fort Lauderdale Division. At his appearance before Magistrate Judge Patrick M. Hunt, the defendant was released on a $200,000 Appearance Bond with special conditions.

After appointment of counsel, arraignment was set for Tuesday, May 14, 2013 at 1:30 p.m. and the defendant was released on the same conditions of bond set in the Southern District of Florida.

IT IS SO ORDERED.

/s/ Joe B. Brown
Joe B. Brown
United States Magistrate Judge