UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00056 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER WILCOX, et al. | ) | |

ORDER

The proposed plea agreements for Defendants Wilcox, Mitchell, and Roberts will be considered at the change of plea hearing scheduled for Thursday, November 21, 2013, at 1:00 p.m.

It is so ORDERED.

_____
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE