UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00056 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER ANDREW WILCOX | ) | |

ORDER

Pending before the Court is a Motion to Re-Schedule Sentencing Hearing (Docket No. 120).

The Motion is GRANTED in part and DENIED in part.

The sentencing hearing in this case scheduled for April 9, 2014, is RESCHEDULED for April 11, 2014, at 9:00 a.m.

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE