UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | NO. 3:13-00056 |
| | ) | JUDGE CAMPBELL |
| CHRISTOPHER ANDREW WILCOX | ) | |

ORDER

The sentencing hearing currently scheduled for April 11, 2014, at 9:00 a.m. is RESCHEDULED for April 11, 2014, at **10:30 a.m.**

It is so ORDERED.

*Todd Campbell*
TODD J. CAMPBELL
UNITED STATES DISTRICT JUDGE