UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | NO. 3:13-cr-00056-1 |
| v. | ) | JUDGE CAMPBELL |
| | ) | |
| [1] CHRISTOPHER ANDREW WILCOX, | ) | |
| A/K/A "Paul" | ) | |

*Order 4-11-14*

*This Amendment is approved.*

*Todd Campbell*
*U.S. District Judge.*

## Amendment to the Plea Agreement

This plea agreement is governed, in part, by Federal Rule of Criminal Procedure 11(c)(1)(C). That is, the parties have agreed, notwithstanding the ~~above-stated~~ *PB C.W. dQ* advisory guideline calculations, that the sentence imposed by the Court, taking into account the factors set forth in 18 U.S.C. § 3553(a), shall include a term of imprisonment of 25 months to be served concurrently with any state sentence that defendant is serving to be followed by three years of supervised release. Other than the agreed terms of incarceration and supervised release, the parties have agreed that the Court remains free to impose the sentence it deems appropriate. If the Court accepts and imposes the agreed term of incarceration set forth, the defendant may not withdraw this plea as a matter of right under Federal Rule of Criminal Procedure 11(d). If, however, the Court refuses to impose the agreed term of incarceration set forth herein, thereby rejecting the plea agreement, or otherwise refuses to accept defendant's plea of guilty, either party shall have the right to withdraw from this plea agreement.

Date: 4-11-14

_____
CHRISTOPHER WILCOX

Date: 4-11-14

_____
DAVID BAKER

Date: 4/11/14

_____
SCARLETT SINGLETON NOKES